UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEAN GOFF, as Administrator of the Estate of LAWRENCE J. TORANGO, | 3:03-cv-0690-ECR (RAM) |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | December 14, 2006 |
| HARRAH'S OPERATING COMPANY, INC., et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Defendant Aristocrat Technologies, Inc. has filed a Motion to File Under Seal Aristocrat's Motion to Compel Production of Withheld Documents Responsive to Aristocrat Technologies, Inc.'s Document Requests Nos. 1-53 (Doc. #411).

     Defendant Aristocrat Technologies, Inc.'s Motion to File Under Seal Aristocrat's Motion to Compel Production of Withheld Documents Responsive to Aristocrat Technologies, Inc.'s Document Requests Nos. 1-53 (Doc. #411) is GRANTED.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
     Deputy Clerk