UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEAN GOFF, as Administrator of the Estate of LAWRENCE J. TORANGO,<br><br>      Plaintiff,<br><br>vs.<br><br>HARRAH'S OPERATING COMPANY, INC., et al.,<br><br>      Defendants. | 3:03-cv-0690-ECR (RAM)<br><br>MINUTES OF THE COURT<br><br>December 18, 2006 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI              REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

      Plaintiff's Motion to Order Persons Not Covered by Protective Order Re Confidentiality to Destroy Copies of Aristocrat's Motion to Compel Production of Withheld Documents Responsive to Aristocrat Technologies, Inc.'s Document Request Nos. 1-53 [Doc. Nos. 395 and 396] (Doc. #413) is GRANTED.

      IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  _____/s/_____
        Deputy Clerk