UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEAN GOFF, as Administrator of the Estate of LAWRENCE J. TORANGO,<br><br>        Plaintiff,<br><br>    vs.<br><br>HARRAH'S OPERATING COMPANY, INC., et al.,<br><br>        Defendants. | 3:03-CV-0690-ECR (RAM)<br><br><u>MINUTES OF THE COURT</u><br><br>January 4, 2007 |

PRESENT:    <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:  <u>GINA MUGNAINI</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed Motion to Strike Aristocrat and Harrah's Defendants' 12/29/06 Responses to Motions to Compel and to Summarily Grant the Motions to Which Those Responses Were Directed (Doc. #443) and Motion to Strike 1/3/07 Aristocrat Defendants' Corrected Opposition to Plaintiff's Motion to Compel Aristocrat Defendants to Produce Documents Responsive to Plaintiff's Document Request Nos. 173-174 and 185-186 (Doc. #448). Defendant Aristocrat has opposed the Motions (Doc. #451).

    IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Aristocrat and Harrah's Defendants' 12/29/06 Responses to Motions to Compel and to Summarily Grant the Motions to Which Those Responses Were Directed (Doc. #443) is <u>DENIED</u>.

/ / /

MINUTES OF THE COURT
3:03-CV-0690-ECR (RAM)
January 4, 2007
Page Two
_____


     IT IS FURTHER ORDERED that Plaintiff's Motion to Strike 1/3/07 Aristocrat Defendants' Corrected Opposition to Plaintiff's Motion to Compel Aristocrat Defendants to Produce Documents Responsive to Plaintiff's Document Request Nos. 173-174 and 185-186 (Doc. #448) is <u>DENIED</u>.

                                      LANCE S. WILSON, CLERK

                                   By:        /s/             
                                            Deputy Clerk