UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEAN GOFF, as Administrator of the Estate of LAWRENCE J. TORANGO,<br><br>           Plaintiff,<br><br>     vs.<br><br>HARRAH'S OPERATING COMPANY, INC., et al.,<br><br>           Defendants. | 3:03-CV-0690-ECR (RAM)<br><br>MINUTES OF THE COURT<br><br>January 18, 2007 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  ROSEMARY DAMRON          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

　　　　Plaintiff has filed a Motion to Compel Aristocrat Defendants to Produce Documents Responsive to Plaintiff's Request for Hyperlink Documents (Doc. #347). Defendant Aristocrat has opposed Plaintiff's Motion (Doc. #377) and there has been no reply.

　　　　Plaintiff requests the court to compel Defendant Aristocrat to produce tables and specifications referenced in documents Bates-numbered ARIS0011_0012824-25 and A037701 and any memoranda, letters, facsimiles, etc. that may have accompanied those tables and specifications.

　　　　Defendant Aristocrat states in its Opposition and Declaration of Jeremy T. Elman, as counsel for Aristocrat and as an officer of the court, that Aristocrat has made several searches but has been unable to locate any further tables and specifications.

MINUTES OF THE COURT
3:03-CV-0690-ECR (RAM)
January 18, 2007
Page Two
_____

      It appears to the court that Defendant Aristocrat has made a good faith effort to locate the requested documents and is simply unable to do so.  Under those circumstances it serves no purpose for the court to order a party to produce documents it is unable to locate and unable to produce.

      Plaintiff's Motion to Compel Aristocrat Defendants to Produce Documents Responsive to Plaintiff's Request for Hyperlink Documents (Doc. #347) is <u>DENIED</u>.

      IT IS SO ORDERED.

                                        LANCE S. WILSON, CLERK

                                        By: _____/s/_____
                                                  Deputy Clerk