UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEAN GOFF, as Administrator of the Estate of LAWRENCE J. TORANGO,<br><br>        Plaintiff,<br><br>vs.<br><br>HARRAH'S OPERATING COMPANY, INC., et al.,<br><br>        Defendants. | 3:03-CV-0690-ECR (RAM)<br><br><br><br><u>ORDER</u> |

An in camera review of the "Group 2" documents was made by the undersigned and a hearing held on Friday, May 25, 2007, at 9:00 a.m. At the hearing the court heard arguments from the parties concerning the production of unredacted copies of the "Group 2" documents.

After hearing the arguments of the parties and taking into account the in camera inspection the court made the following findings concerning the "Group 2" documents:

1. There was no agreement that Aristocrat would not assert waiver.

2. Most of the material contained in the "Group 2" documents is relevant.

3. In view of the death of Mr. Torango, Defendants have a substantial need for the documents.

4. On balance, Defendants will face an undue hardship if they do not obtain the documents.

/ / /

/ / /

Contained within the "Group 2" documents are certain documents that should remain redacted. In broad categories these are documents in which Mr. Torango is suggesting legal strategy to an attorney and documents which contain a legal analysis of the Markman theory. The documents which fall into these categories and which should remain redacted are listed as follows by bates number:

LT002555

LT002557-58

Redacted portion of LT002561-568

LT002586

Redacted portion of LT002597

Redacted portion of LT002598

LT010489

LT010510 - Redacted portion of LT010517

LT010522 (starting at paragraph 3.1.4) - LT010523

LT010529

LT010552 - Redacted portion of LT010559

LT010564 (starting at paragraph 3.4) - LT010565

LT010568-76

LT010589-95

LT010780-81

LT010799 - Redacted portion of LT010807

LT010812 (starting at paragraph 3.4) - LT010813

LT012508

LT012510-11

Redacted portion of LT012514-21

LT012538 (starting at paragraph 3.9) - LT012539

///

1. Redacted portion of LT012550
2. Redacted portion of LT012551
3. LT012716-31
4. Redacted portion of LT012749
5. LT012754 (starting at paragraph 3.1.4).

IT IS HEREBY ORDERED that all of the "Group 2" documents except those listed above be produced by Plaintiff to Defendants within ten (10) days of the date of this order.

DATED: May 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE