UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEAN GOFF, as Administrator of the Estate of LAWRENCE J. TORANGO, | 3:03-CV-0690-ECR (RAM) |
| | MINUTES OF THE COURT |
| Plaintiff, | June 29, 2007 |
| vs. | |
| HARRAH'S OPERATING COMPANY, INC., et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff filed a Motion to Compel Documents Related to Philip Kennedy, a former Aristocrat Employee (Doc. #494). Defendant Aristocrat opposed the Motion (Doc. #504) and on June 8, 2007, the court held a hearing on the documents at issue. At that hearing the court ordered Defendant Aristocrat to submit the documents in issue for in camera review and on June 15, 2007, Defendant Aristocrat submitted the documents with a revised privilege log.

///
///

MINUTES OF THE COURT
3:03-CV-0690-ECR (RAM)
June 29, 2007
Page Two
_____


      The court has reviewed the documents submitted and the privilege log and specifically finds that Defendant Aristocrat's privilege log is adequate and further finds from a review of the documents in question that Aristocrat's objections are well taken and the documents were properly withheld from production

      Plaintiff's Motion to Compel Documents Related to Philip Kennedy (Doc. #494) is <u>DENIED</u>.

      IT IS SO ORDERED.

                                                  LANCE S. WILSON, CLERK

                                                  By: _____/s/_____
                                                                     Deputy Clerk