UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JEAN GOFF, as Administrator of the Estate of LAWRENCE J. TORANGO, | 3:03-CV-0690-ECR (RAM) |
| | MINUTES OF THE COURT |
| Plaintiff, | September 20, 2007 |
| vs. | |
| HARRAH'S OPERATING COMPANY, INC., et al., | |
| Defendants. | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    FRANK JUSTILIANO          REPORTER:    NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed a Motion to Compel the Production of the June 3 Memo in Redacted Form (Doc. #591). Defendant Aristocrat has opposed the Motion (Doc. #597) and Plaintiff has replied (Doc. #600).

     Plaintiff has known of the June 3 memo and the dispute over whether or not it was privileged since October 20, 2006. Since then, Plaintiff has on many occasions attempted to obtain the June 3 memo along with other documents which the Defendants claimed were privileged. On each occasion the Plaintiff has been unsuccessful. Now, ten months after the close of discovery, Plaintiff is making another attempt to obtain the June 3 memo, claiming she is entitled to the memo in redacted form. If Plaintiff truly believes this, the court wonders why she waited until now to make this claim for the first time.

///

MINUTES OF THE COURT
3:03-CV-0690-ECR (RAM)
September 20, 2007
Page Two

In any event, the court has again reviewed the June 3, 1997, memo (Doc. #382) and concludes that the memo is not subject to division into privileged and non-privileged portions as Plaintiff asserts. The memo seeks legal advice concerning certain "concepts" and "ideas" and the request for advice cannot reasonably be separated from the "concepts" and "ideas". The memorandum must be read as a whole, and the whole memorandum is privileged.

Plaintiff's Motion to Compel the Production of the June 3 Memo in Redacted Form (Doc. #591) is <u>DENIED</u>.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk