```
               UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
                      RENO, NEVADA
```

| | |
|---|---|
| CYNTHIA JEAN GOFF AS ADMINISTRATOR ) <br> OF THE ESTATE OF LAWRENCE J. ) <br> TORANGO, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARRAH'S OPERATING COMPANY, ) <br> INC., HARVEY'S TAHOE MANAGEMENT ) <br> COMPANY, INC., HARRAH'S LAUGHLIN, ) <br> INC., ARISTOCRAT LEISURE LIMITED, ) <br> ARISTOCRAT TECHNOLOGIES AUSTRALIA ) <br> PTY LIMITED, ARISTOCRAT ) <br> TECHNOLOGIES, INC., AND ) <br> INTERNATIONAL GAME TECHNOLOGY, ) <br> ) <br>     Defendants. ) <br> _____) | 3:03-CV-0690-ECR(RAM) <br><br> MINUTES OF THE COURT <br><br> DATE: August 25, 2009 |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN     Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Our Order (#1032), filed July 30, 2009, allowed the parties fifteen (15) days within which to indicate whether this case should be closed or not. The parties have submitted responses (#1033, #1034, and #1035).

    **<u>IT IS, THEREFORE, HEREBY ORDERED</u>** that the Clerk shall close this case and the Court shall retain jurisdiction for the limited purpose of enforcing and/or modifying the confidential Modified Protective Order (#1001).

                                                           LANCE S. WILSON, CLERK

                                                          By     /s/
                                                                   Deputy Clerk